## United States Court of Appeals for the Tenth Circuit
### OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303)844-3157

**Clerk of Court**

Douglas E. Cressler
Chief Deputy Clerk

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 19 2005

GREGORY C. LANGHAM
CLERK

October 18, 2005

Honorable Carlos F. Lucero, Circuit Judge
Honorable Monroe G. McKay, Circuit Judge
Honorable John C. Porfilio, Circuit Judge

Re:   04-1145, Morales v. McKesson Health
      Dist/Ag docket:  02-M-261(BNB)

Dear Judges:

We have received notice that the petition for writ of certiorari filed in this case was denied on October 11, 2005.

Sincerely,

Clerk, Court of Appeals

By: Audrey F. Wugg
    Deputy Clerk

clk:afw

cc:   Honorable Richard P. Matsch, Sr. District Judge
      Gregory C. Langham, Clerk